**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2004, I served, or caused to be served, the following documents:

**MEMORANDUM IN OPPOSITION TO DEFENDANT FISHER'S MOTION TO CORRECT, RECALCULATE, AND MODIFY SENTENCE PURSUANT TO 28 U.S.C. SECTION 2255**

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Frederick Duane Fisher
10447-041
U.S. Penitentiary
Box 1000
Lewisburg, PA 17837

THOMAS B. HEFFELFINGER
United States Attorney

BY: JAMES E. LACKNER
Assistant U.S. Attorney
Attorney ID Number 59298