UNITED STATES
DISTRICT COURT
DISTRICT OF MINNESOTA

CRIMINAL NO: 02-179(DWF/RLE)
CIVIL NO: 04-3881 (DWF)

FREDERICK DUANE FISHER
PETITIONER/DEFENDANT

V.

UNITED STATES OF AMERICA
RESPONDENT/PLAINTIFF

MOTION TO SEEK
EVIDENTIARY HEARING

PETITIONER SUBMITS THIS MOTION TO THE COURTS TO ALLOW PETITIONER AN EVIDENTIARY HEARING, AND TO PRESENT HIS FACTS TO THE HONORABLE COURT. FURTHERMORE, PETITIONER'S LITIGATION SKILLS ARE ALMOST NON-EXISTANT, AND HIS KNOWLEDGE OF THE LAW DOES NOT EXIST. THOUGH PETITIONER IS VOCALLY SKILLED AND ABLE TO PRESENT HIS VIEWS AND FACTS TO THE COURTS, CRUCIAL TO THE DETERMINATION OF THIS POST-CONVICTION PETITION.

VERY RESPECTFULLY SUBMITTED,

Frederick Fisher

SCANNED
NOV 29 2004
U.S. DISTRICT COURT ST. PAUL