PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

RECEIVED
AUG 08 2008
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

**United States v. Frederick Duane Fisher**

**Docket No. 0:02CR00179-001(DWF)**

**Petition on Supervised Release**

COMES NOW **Richard W. Hermes**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Frederick Duane Fisher** who was sentenced for Aiding and Abetting Assault Resulting in Serious Bodily Harm on April 25, 2003, by the Honorable Donovan W. Frank, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

No alcohol, not to enter establishment where alcohol is sold, participate in drug/alcohol treatment program, mandatory drug testing, no gang association, financial disclosure and no firearms or dangerous weapons

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Special Condition e: The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.

On July 23, 2008, Mr. Fisher tested positive for alcohol use. Although he initially denied using alcohol, he later admitted. On July 29, 2008, Minnetonka Police responded to a verbal domestic dispute. Mr. Fisher was gone when officers arrived. Officers spoke with Mr. Fisher's girlfriend and learned Mr. Fisher was intoxicated and calling her names. No threats of violence were made. Officers located Mr. Fisher and noted he smelled of alcohol. He refused any alcohol testing. No criminal charges were filed.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

SCANNED
AUG 08 2008
U.S. DISTRICT COURT ST. PAUL

The defendant shall participate in a remote alcohol monitoring program for a period of 90 days. The defendant will not be responsible for the costs. The defendant shall remain at home from the hours of 9:00 p.m. until 6:00 a.m. the following day for the purposes of alcohol testing.

ORDER OF THE COURT

Considered and ordered this 7th day of August, 2008, and ordered filed and made a part of the records in the above case.

Honorable Donovan W. Frank
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

R. W. Hermes

Richard W. Hermes
U.S. Probation Officer
Telephone: 612-664-5368

Executed on August 5, 2008
Place Minneapolis

Approved:

John G. Baskfield
Supervising U.S. Probation Officer

c: United States Sentencing Commission